# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MARLON PENDLETON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 07 CV 6648 |
| v. ) | |
| ) | District Judge Zagel |
| PAMELA FISH, CHICAGO POLICE ) | |
| DETECTIVE JACK STEWART, ) | Magistrate Judge |
| CHICAGO POLICE DETECTIVE ) | Denlow |
| STEVEN BARNES, and the CITY OF ) | |
| CHICAGO, ) | |
| ) | |
| Defendants. ) | |

## **APPEARANCE**

An Appearance is hereby filed on behalf of MARLON PENDLETON, Plaintiff, by Gareth Morris. I am not lead counsel, I am a member of the trial bar of this court and I am not acting as local counsel.

DATED this 29th day of November, 2007

*s/Gareth Morris*
Gareth Morris Law Office
1704 N. Dayton St., Suite 100
Chicago, IL 60614.
Phone: 312 943-6178
Fax: 312 943-1620
Gareth@core.com
ID # 3128489