IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **MARLON PENDLETON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 CV 6648 |
| ) | Judge James B. Zagel |
| **PAMELA FISH, CHICAGO POLICE** ) | Magistrate Judge Morton Denlow |
| **DETECTIVE JACK STEWART,** ) | |
| **CHICAGO POLICE DETECTIVE** ) | |
| **STEVEN BARNES, and the CITY OF** ) | |
| **CHICAGO,** ) | |
| ) | |
| Defendants. ) | |

**PAMELA FISH'S 12(f) MOTION TO STRIKE IMPERTINENT AND SCANDALOUS ALLEGATIONS FROM PLAINTIFF'S COMPLAINT**

Pamela Fish ("Fish"), by and through her counsel, KULWIN, MASCIOPINTO & KULWIN, LLP, respectfully requests that this Court strike the impertinent and scandalous allegations in Paragraph 28 of Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(f), and in support thereof states as follows:

1.      For reasons set forth in detail in Fish's supporting memorandum attached hereto, this Court should strike the impertinent and scandalous allegations set forth in Plaintiff's complaint.

WHEREFORE, Defendant Pamela Fish respectfully requests that this Court strike the impertinent and scandalous allegations set forth in Plaintiff's complaint and award any other relief this Court deems appropriate.

1

Respectfully submitted,

/s/ Shelly B. Kulwin

One of the attorneys for Defendant Pamela Fish

Shelly B. Kulwin
Anthony J. Masciopinto
Jeffrey R. Kulwin
Kristine Chung
KULWIN, MASCIOPINTO & KULWIN, LLP
161 North Clark, Suite 2500
Chicago, Illinois 60601
312/641-0300