**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARLON PENDLETON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6648 |
| | ) | Judge James B. Zagel |
| **PAMELA FISH, CHICAGO POLICE DETECTIVE JACK STEWART, CHICAGO POLICE DETECTIVE STEVEN BARNES, and the CITY OF CHICAGO,** | ) ) ) ) ) | Magistrate Judge Morton Denlow |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Locke E. Bowman, III             Law Offices of Gareth G. Morris
     MacArthur Justice Center          1704 North Dayton Street, Suite 100
     Northwestern University School of Law   Chicago, IL 60614
     357 East Chicago Avenue           (312)943-6178
     Chicago, IL 60611
     (312) 503-0844

PLEASE TAKE NOTICE that on **March 6, 2008 at 10:15 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before Honorable James B. Zagel or any Judge sitting in his stead in Room **2503** in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present ***Pamela Fish's 12(f) Motion to Strike Impertinent and Scandalous Allegations from Plaintiff's Complaint***, a copy of which is attached hereto and served upon you.

**CERTIFICATE OF SERVICE**

I, Shelly B. Kulwin, an attorney, on oath state that I served a copy of the aforementioned document(s), along with this Proof of Service to the attorneys listed above via e-filing on **February 29, 2008** before 5:00 p.m.

/s/ Shelly B. Kulwin

KULWIN, MASCIOPINTO & KULWIN, LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601
312/641-0300