# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 07-CV 06648

Pendleton

v.

Fish, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DEFENDANT Jack Stewart

| | |
|---|---|
| NAME (Type or print) <br> John J. Timbo | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ John J. Timbo | |
| FIRM <br> James G. Sotos & Associates, Ltd. | |
| STREET ADDRESS <br> 550 E. Devon, Suite 150 | |
| CITY/STATE/ZIP <br> Itasca, Illinois  60143 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06238251 | TELEPHONE NUMBER <br> 630-735-3300 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |