**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Marlon Pendleton
                        Plaintiff,

v.                                                     Case No.: 1:07−cv−06648
                                                     Honorable James B. Zagel

Pamela Fish, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Honorable James B. Zagel: Motion hearing held on 3/6/2008. MOTION by Defendant Pamela Fish to strike Impertinant and Scandalous Allegations from Plaintiff's Complaint [16] is granted. Defendant Pamela Fish's deposition limited to seven hours. Answer to the complaint due by 4/1/2008. Status hearing set for 5/8/2008 at 10:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.