**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MARLON PENDLETON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 CV 6648 |
| | ) | Judge James B. Zagel |
| **PAMELA FISH, CHICAGO POLICE DETECTIVE JACK STEWART, CHICAGO POLICE DETECTIVE STEVEN BARNES, and the CITY OF CHICAGO,** | ) ) ) ) ) | Magistrate Judge Morton Denlow |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:  Locke E. Bowman, III                    Law Offices of Gareth G. Morris
     MacArthur Justice Center                 1704 North Dayton Street, Suite 100
     Northwestern University School of Law    Chicago, IL 60614
     357 East Chicago Avenue                  (312)943-6178
     Chicago, IL 60611
     (312) 503-0844

PLEASE TAKE NOTICE that on **May 8, 2008 at 10:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before Honorable James B. Zagel or any Judge sitting in his stead in Room **2503** in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present *Pamela Fish's Motion for Leave to File Amended Affirmative Defenses*, a copy of which is attached hereto and served upon you.

**CERTIFICATE OF SERVICE**

I, Shelly B. Kulwin, an attorney, on oath state that I served a copy of the aforementioned document(s), along with this Proof of Service to the attorneys listed above via e-filing on **April 30, 2008** before 5:00 p.m.

/s/ Shelly B. Kulwin

KULWIN, MASCIOPINTO & KULWIN, LLP
161 N. Clark Street, Suite 2500
Chicago, IL 60601
312/641-0300