IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MARLON PENDLETON,            )
                             )
         Plaintiff,          )
                             )   07 C 6648
    v.                       )
                             )   Judge Zagel
PAMELA FISH, et al.,         )
                             )
         Defendants.         )

**PLAINTIFF'S MOTION
FOR LEAVE TO FILE ADDITIONAL APPEARANCES**

Now comes Plaintiff, Marlon Pendleton, and seeks leave to file additional attorney appearances. In support, Plaintiff states as follows.

1. Plaintiff is presently represented in this matter by attorney Locke Bowman of the MacArthur Justice Center, as well as Gareth Morris.

2. These attorneys will continue to represent Mr. Pendleton, with Mr. Bowman continuing to serve as lead counsel.

3. However, Mr. Pendleton and his present counsel have jointly decided that they desire to have lawyers in the firm of Loevy & Loevy join their legal team as well.

4. Accordingly, movant respectfully requests that lawyers from the firm of Loevy & Loevy be permitted to file additional appearances in this matter.

WHEREFORE, Plaintiff respectfully requests an order permitting leave for lawyers from Loevy & Loevy to file additional appearances in this matter.

RESPECTFULLY SUBMITTED,

_____
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Michael Kanovitz
LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607