IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MARLON PENDLETON， | ) |
| Plaintiff， | ) ) ) |
| v. | ) 07 C 6648 ) ) Judge Zagel |
| PAMELA FISH, et al.， | ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

**TO:**   Counsel of Record

   PLEASE TAKE NOTICE THAT on May 8, 2008, at 10:00 a.m., I will appear before Judge Zagel in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Motion.

                                   S/Jon Loevy
                                   _____
                                   Attorney for Plaintiff

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607

### CERTIFICATE OF SERVICE

   The undersigned states that on May 6, 2008, I notified counsel of record by electronic means of the attached filing.

                                   S/Jon Loevy
                                   _____