# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Marlon Pendleton

                Plaintiff,

v.                                                Case No.: 1:07−cv−06648
                                                          Honorable James B. Zagel

Pamela Fish, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

    MINUTE entry before Judge Honorable James B. Zagel:Status hearing held on 5/8/2008. Motion hearing held on 5/8/2008. MOTION by Defendant Pamela Fish to amend/correct answer to complaint [15] leave to amend affirmative defenses [25] is granted. MOTION by Plaintiff Marlon Pendleton for leave to file Additional Appearance [27] is granted. Attorney Jonathan I. Loevy for Marlon Pendleton added. Rule 26(a) responses due 5/29/2008. Status hearing set for 6/19/2008 at 10:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.